IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NEW BREED LOGISTICS, INC., | ) |
| Plaintiff/Counter-Defendant, | ) |
| v. | ) CIVIL ACTION FILE |
| | ) NO. 1:05-CV-1999-CC |
| ALFRED KARCHER, INC., | ) |
| Defendant/Counter-Plaintiff. | ) |

## JOINT STIPULATED DISMISSAL WITH PREJUDICE

NOW COME Plaintiffs/Counter-Defendant New Breed Logistics, Inc. and Defendants/Counter-Plaintiff Alfred Karcher, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1) and (c), stipulate to the dismissal with prejudice of all claims and counter-claims in the above-styled case as evidenced by the signatures of their counsel below.

- 2 -

So stipulated and respectfully submitted this 16th day of December, 2005.

| FORD & HARRISON LLP | DUANE MORRIS LLP |
|---|---|
| /s/Jeffery D. Mokotoff | /s/ Matthew S. Yungwirth |
| Jeffery D. Mokotoff | John C. Herman |
| (Georgia Bar No. 515472) | (Georgia Bar No. 348370) |
| Renee A. Canody | Matthew S. Yungwirth |
| (Georgia Bar No. 243660) | (Georgia Bar No. 783597) |
| 1275 Peachtree Street | 1180 West Peachtree Street |
| Suite 600 | Suite 700 |
| Atlanta, GA 30309 | Atlanta, Georgia 30309 |
| (404) 888-3800 (telephone) | (404) 253-6900 (telephone) |
| (404) 888-3863 (facsimile) | (404) 253-6901 (facsimile) |
| Attorneys for Plaintiff/Counter-Defendant New Breed Logistics, Inc. | Attorneys for Defendant/Counter-Plaintiff Alfred Karcher, Inc. |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| NEW BREED LOGISTICS, INC., | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CIVIL ACTION FILE |
|  | ) NO. 1:05-CV-1999-CC |
| ALFRED KARCHER, INC., | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on December 16, 2005, a true and correct copy of the foregoing **Joint Stipulated Dismissal With Prejudice** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 16th day of December, 2005.

/s/ Matthew S. Yungwirth
Matthew S. Yungwirth
Ga. Bar No. 783597

DUANE MORRIS LLP
1180 West Peachtree Street, Suite 700
Atlanta, Georgia 30309-3448
Telephone: (404) 253-6900
Facsimile: (404) 253-6901

Attorneys for Defendant